# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Curia New Jersey | 11/28/2022 | 266276 | Check | $ 2,025.00 |
| Akorn Operating Company, LLC | Curia New Jersey | 12/9/2022 | 266386 | Check | $ 5,803.50 |
| Akorn Operating Company, LLC | Curia New Jersey | 2/21/2023 | 267338 | Check | $ 24,419.00 |
| | | | | | $ 32,247.50 |